**Donald SCHULZ, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70311.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).

■

**Janet R. LINEHAN, Petitioner–Respondent,**

v.

**Gerald J. LINEHAN, Respondent–Appellant.**

No. 69380.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 7, 1997.

Paul H. Schramm, Daniel R. Schramm, St. Louis, for respondent-appellant.

Charles P. Todt, Christian A. Stiegemeyer, St. Louis, for petitioner-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Husband appeals from the judgment and order of the trial court granting his motion to modify the maintenance awarded to Wife. Husband alleges the trial court erred because the maintenance award, although lowered from $2500 per month to $2000 per month, was still excessive. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum detailing our reasons for affirming the judgment of the trial court. Rule 84.16(b).